UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

United States of America,

                    Plaintiff,

    -against-

                                                      Case No. 7:19-mj-9042

Jason C. Fell

                    Defendant.

_____ x

## **ORDER OF DISMISSAL**

    Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                  SO ORDERED.

                                  Hon. Martin R. Goldberg
                                  United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York